IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00269-MR-WCM

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY *as subrogee of* Robert Meffert *as subrogee of* Cindy Meffert | ) ) ) ) ) | |
| **Plaintiff,** | ) | |
| v. | ) ) | ORDER |
| THOMAS DAVIS CONSTRUCTION, LLC, SCOTT MATHIS *doing business as* Mathis Management, LLC, MATHIS MANAGEMENT, LLC | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 15) filed by Zachary V. Renegar. The Motion indicates that Mr. Renegar, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Mark E. Opalisky, who the Motion represents as being a member in good standing of the Bar of Pennsylvania.

It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 15) and **ADMITS** Mark E. Opalisky to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 15, 2022

W. Carleton Metcalf
United States Magistrate Judge